UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAMARCUS SCALES,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-0139-P |
| VERSUS | JUDGE DRELL |
| KEVIN SANDERS, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's claims are DENIED and DISMISSED under §§ 1915(e) and 1915A, WITH PREJUDICE to being asserted again until the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994) have been met. *See DeLeon v. City of Corpus Christi*, 488 F.3d 649, 657 (5th Cir. 2007).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 8th day of May, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE